UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CORTEZ BUFFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 4:15-CV-00460-TCM |
| ) | |
| NATHANIEL L. BURKEMPER, *et al.* ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Comes now Plaintiff Cortez Bufford, by counsel W. Bevis Schock and Joel J. Schwartz, and notifies all parties that Plaintiff accepts Defendants' Offer of Judgment for $20,000.00 "together with" reasonable attorney's fees and costs. Plaintiff interprets "together with" as in addition to the $20,000.00.

Respectfully Submitted,

/s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO
Attorney for Plaintiff
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:   314-721-1698
Voice: 314-726-2322

CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2015 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:
  /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO

# HP LaserJet M1536dnf MFP
# Fax Confirmation

HP Fax

Oct-21-2015   2:20PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 3505 | 10/21/2015 | 2:20:08PM | Send | 6224956 | 0:42 | 1 | OK |

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CORTEZ BUFFORD,               )
                              )
        Plaintiff,             )
                              )
v.                            )   No.: 4:15-CV-00460-TCM
                              )
NATHANIEL L. BURKEMPER, et al. )
                              )
        Defendants.            )

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Comes now Plaintiff Cortez Bufford, by counsel W. Bevis Schock and Joel J. Schwartz, and notifies all parties that Plaintiff accepts Defendants' Offer of Judgment for $20,000.00 "together with" reasonable attorney's fees and costs. Plaintiff interprets "together with" as in addition to the $20,000.00.

Respectfully Submitted,

/s/ W. Bevis Schock
W. Bevis Schock, 32551MO
Attorney for Plaintiff
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO 63105
wbschock@schocklaw.com
Fax:  314-721-1698
Voice: 314-726-2322

CERTIFICATE OF SERVICE
I hereby certify that on October 21, 2015 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:
/s/ W. Bevis Schock
W. Bevis Schock, 32551MO