UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CORTEZ BUFFORD,<br><br>Plaintiff,<br><br>v.<br><br>NATHANIEL L.<br>BURKEMPER, et al.,<br>Defendants. | Case No. 4:15-CV-00460-TCM |

## OFFER OF JUDGMENT

Comes now defendants Nathaniel L. Burkemper, Monroe Jenkins, IV, Nijauh Woodard, and Kelly Swinton pursuant to Federal Rule of Civil Procedure 68, and make an offer of judgment to plaintiff in the amount of $20,000.00 together with payment of all reasonable attorneys' fees and costs herein accrued.

Respectfully submitted,
WINSTON E. CALVERT,
CITY COUNSELOR

/s/ Thomas McCarthy #56703MO
J. Brent Dulle #59705MO
Associate City Counselor
Thomas A. McCarthy #56703
Assistant City Counselor
1200 Market Street
City Hall Room 314
St. Louis, Missouri 63103
Phone: 314-622-4644
Fax: 314-622-4956
DulleB@stlouis-mo.gov
McCarthyT@stlouis-mo.gov

RECEIVED
OCT 19 2015
W. BEVIS SCHOCK

1

**ATTORNEYS FOR DEFENDANTS**
**NATHANIEL BURKEMPER, MONROE JENKINS, IV,**
**NIJAUH WOODARD, AND KELLY SWINTON**

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, October 16, 2015, the foregoing was mailed via U.S. Mail to:

| | |
|---|---|
| W. Bevis Schock | Joel Schwartz |
| Attorney at Law | Rosenbloom, Schwartz, Rogers and Glass |
| 7777 Bonhomme Ave., Ste. 1300 | 120 S. Central, Ste. 130 |
| St. Louis, MO 63105 | St. Louis, MO 63105 |
| wbschock@schocklaw.com | jschwartz@rsrglaw.com |

*Attorneys for Plaintiff*

/s/ Thomas A. McCarthy