UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **CORTEZ BUFFORD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:15cv0460 TCM |
| | ) |
| **NATHANIEL L. BURKEMPER,** | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Defendants having offered judgment and Plaintiff having accepted and all issues of attorney's fees and costs having been resolved,

**IT IS HEREBY ORDERED**, **ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff, Cortez Bufford, and against Defendants Nathaniel L. Burkemper, Monroe Jenkins, IV, Nijauh Woodard, and Kelly Swinton in the amount of Twenty Thousand Dollars ($20,000.00) plus reasonable attorney's fees and costs as have been agreed to by the parties.

/s/Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  8th  day of December, 2015.